**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SISVEL INTERNATIONAL S.A., and 3G LICENSING S.A.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CRADLEPOINT, INC.<br><br>　　　　　　Defendant. | C.A. No. 19-1142-MN<br><br>**JURY TRIAL DEMANDED** |

## REQUEST FOR ORAL ARGUMENT

　　　　Pursuant to Local Rule 7.1.4, Defendant Cradlepoint, Inc. respectfully requests oral argument on Defendant's Motion to Dismiss (D.I. 15). Briefing on the motion is now complete (D.I. 16, 19, 21).

OF COUNSEL:

Amanda Tessar
Roderick O'Dorisio
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255

Daniel T. Keese
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128

Dated: December 23, 2019

　　*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Richards, Layton & Finger, P.A.
920 North King St.
Wilmington, DE 19801
Telephone: 302.651.7705
farnan@rlf.com

*Attorneys for Defendant Cradlepoint, Inc.*